1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   WALTER SHANE LANGSTON,            )      1:11-cv-01073-GSA-PC
                                       )
11          Plaintiff,                 )      ORDER GRANTING MOTION TO
                                       )      DISMISS PURSUANT TO RULE 41
12      vs.                            )      (Doc. 17.)
                                       )
13   C/O COLE, et al.,                 )      ORDER DISMISSING ACTION IN ITS
                                       )      ENTIRETY WITHOUT PREJUDICE
14                                     )
            Defendants.                )      ORDER DIRECTING CLERK TO
15                                     )      CLOSE FILE
                                       )
16   _____)

17         Walter Shane Langston ("plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the complaint on June

19   20, 2011.  (Doc. 1.)  On June 27, 2011 and July 21, 2011, Plaintiff consented to the jurisdiction of a

20   Magistrate Judge, and no other parties have appeared.  (Docs. 4, 9.)  Therefore, pursuant to

21   Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall

22   conduct any and all proceedings in the case until such time as reassignment to a District Judge is

23   required.  Local Rule Appendix A(k)(3).

24         On May 10, 2013, the court dismissed the complaint for failure for failure to state a claim,

25   with leave to amend.  (Doc. 16.)  On June 5, 2013, Plaintiff filed a motion to dismiss this action,

26   without prejudice, pursuant to Fed. R. Civ. P. 41(a).  (Doc. 17.)

27   ///

28                                            1

1        In Wilson v. City of San Jose, the Ninth Circuit explained:

2              Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his
         action prior to service by the defendant of an answer or a motion for summary
3        judgment.  Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v.
         Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)).  A
4        plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior
         to the defendant's service of an answer or motion for summary judgment. The
5        dismissal is effective on filing and no court order is required.  Id.  The plaintiff may
         dismiss some or all of the defendants, or some or all of his claims, through a Rule
6        41(a)(1) notice.  Id.; Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993).  The
         filing of a notice of voluntary dismissal with the court automatically terminates the
7        action as to the defendants who are the subjects of the notice.  Concha, 62 F.2d at
         1506.  Unless otherwise stated, the dismissal is ordinarily without prejudice to the
8        plaintiff's right to commence another action for the same cause against the same
         defendants.  Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930,
9        934-35 (9th Cir. 1987)).  Such a dismissal leaves the parties as though no action had
         been brought.  Id.

10
     Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  No defendant has filed an answer or
11
     motion for summary judgment in this action.  Therefore, Plaintiff's motion shall be granted.
12
             Accordingly, IT IS HEREBY ORDERED that:
13
         1.      Plaintiff's motion to dismiss this action is GRANTED;
14
         2.      This action is DISMISSED in its entirety without prejudice; and
15
         3.      The Clerk of the Court is DIRECTED to close the file in this case and adjust the
16
     docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).
17

18

19

20

21
      IT IS SO ORDERED.
22
       Dated:    **June 10, 2013**              ____/s/ **Gary S. Austin**____
23                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
                                              2